822

No. 72–1494.   United States v. 100 Acres in Marin County, California.   C. A. 9th Cir.   Certiorari denied.

No. 72–1497.   Wisconsin Bearing Co. v. National Labor Relations Board.   C. A. 7th Cir.   Certiorari denied.

No. 72–1500.   General Electric Co. v. Local 783, Allied Industrial Workers of America, AFL–CIO. C. A. 6th Cir.   Certiorari denied.

No. 72–1501.   J. H. Rutter Rex Manufacturing Co., Inc. v. National Labor Relations Board.   C. A. 5th Cir.   Certiorari denied.

No. 72–1505.   Behrens Drug Co. v. Brennan, Secretary of Labor.   C. A. 5th Cir.   Certiorari denied.

No. 72–1507.   Lukas v. Delaware.   Sup. Ct. Del. Certiorari denied.

No. 72–1514.   Sterr v. Kelly.   Sup. Ct. N. J.   Certiorari denied.

No. 72–1515.   Farrell Lines, Inc. v. Rivera.   C. A. 2d Cir.   Certiorari denied.

No. 72–1516.   Parker et al. v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 72–1518.   Rose Hills Memorial Park Assn. v. United States.   Ct. Cl.   Certiorari denied.